UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITIES GROUP,<br><br>            Plaintiff,<br><br>     vs.<br><br>GENERAL REINSURANCE CORPORATION; and DOES 1 through 50,<br><br>            Defendants. | Case No. 3:15-CV-04813-MEJ<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Maria-Elena James |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that this entire action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: _August 26_, 2016

_____
Maria-Elena James
United States Magistrate Judge